## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### ALEXANDRIA DIVISION

In re:

**JUSTIN ALAN LAWRENCE**    Case No. 19-13232-BFK

    **Debtor**    Chapter 7

_____

**HOWARD BLANK**

    **Plaintiff**    Adversary Number 19-01121-BFK

vs.

**JUSTIN ALAN LAWRENCE**

    **Defendant**

_____

### AMENDED CONSENT ORDER

THIS MATTER came on upon the Adversary Proceeding filed by Plaintiff seeking a determination that his debt was non-dischargeable, and it appearing from the endorsements below, that the parties have reached an agreement regarding this Adversary Proceeding, it is therefor

ORDERED that Plaintiff, Howard Blank, is granted a non-dischargeable judgment against the debtor, Justin Lawrence, in the amount of ten thousand dollars ($10,000), and it is further

ORDERED that Plaintiff shall take no action to collect such judgment providing Mr. Lawrence makes payment on the judgment in the amount of $500 per month until paid in full,

without interest. Payments shall be due on the 15th of each month with the first payment commencing March 15, 2020.

    Apr 9 2020                          /s/ Brian F. Kenney

                                          Brian F. Kenney
                                          United States Bankruptcy Judge

                                          Entered on Docket: April 10, 2020

WE ASK FOR THIS:

/s/ Thomas R. Breeden
Thomas R. Breeden (VSB #33410)
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA 20109
Telephone:  (703) 361-9277
Facsimile:  (703) 337-0441
TRB@tbreedenlawa.com
Counsel for Plaintiff


/s/ Ann E. Schmitt
Ann E. Schmitt (VSB #22030)
Culbert & Schmitt, PLLC
40834 Graydon Manor Lane
Leesburg, Virginia  20175
Telephone:     (703) 737-7797
Facsimile:     (703) 439-2859
Email:          aschmitt@culbert-schmitt.com
Counsel for Debtor


____/s/ Justin Lawrence_____
Justin Lawrence

## CERTIFICATE OF SERVICE

      This is to certify that all necessary parties have endorsed the Order attached hereto, and that the signatures represented by the /s/ on this copy reference the signatures of parties on the original Order.

Ann E. Schmitt (VSB #22030)
Culbert & Schmitt, PLLC
40834 Graydon Manor Lane
Leesburg, Virginia  20175
Telephone:     (703) 737-7797
Facsimile:     (703) 439-2859
Email:          aschmitt@culbert-schmitt.com
Counsel for Debtor

AND

Thomas R. Breeden (VSB #33410)
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA 20109
Telephone:  (703) 361-9277
Facsimile:  (703) 337-0441
TRB@tbreedenlawa.com
Counsel for Plaintiff